FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0479



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0479

AMANDA R. SAYLER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAR 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Amanda R. Sayler appeals from the Order on Petition for Expungement of the First Judicial District Court, Lewis and Clark County. Sayler argues the District Court erred by denying her petition for expungement of a misdemeanor conviction under § 46-18-1108, MCA. She maintains the court erroneously concluded her conviction was ineligible for expungement under this statute because the conviction occurred before the effective date of the Misdemeanor Expungement Clarification Act.

The State has filed a Notice of Concession and maintains that this Court should remand this matter to the District Court for the purpose of determining if Sayler's petition should be granted on its merits. The State concedes Sayler's misdemeanor conviction is eligible for consideration for expungement because the Act, which became effective October 1, 2019, contains no language limiting its application to convictions occurring before a certain date.

Based on Sayler's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is remanded to the First Judicial District Court, Lewis and Clark County, with instructions for the District Court to consider Sayler's petition for expungement of her misdemeanor conviction pursuant to § 46-18-1108, MCA.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge.

Dated this 16ᵗʰ day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2